NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
JOANNE S. OSINOFF (Cal. Bar No. 141489)
Assistant United States Attorney
Email: joanne.osinoff@usdoj.gov
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6880
    Facsimile: (213) 894-7819
Attorneys for Federal Defendants
Clinicas Del Camino Real and Dr. Shadi Khatib

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JESSIKA VALENZUELA AND EDUARDO RAMIREZ, JR., <br><br>    Plaintiffs, <br><br>vs. <br><br>CITY OF VENTURA, AMERICAN MEDICAL RESPONSE, INC., CLINICAS DEL CAMINO REAL, INC., DR. SHADI KHATIB, DR. BILAL HARAKE, M.D., FAAP, FACC, UNIVERSITY OF CALIFORNIA UCLA, BOARD OF REGENTS, AND DOES 1 to 25, <br><br>    Defendants. | Case No. CV 18-2782 <br><br>**NOTICE OF REMOVAL OF CIVIL ACTION BY FEDERAL DEFENDANTS CLINICAS DEL CAMINO REAL AND DR. SHADI KHATIB TO THE UNITED STATES DISTRICT COURT** <br><br>[42 U.S.C. §233 and 28 U.S.C. §2679] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND ALL COUNSEL OF RECORD:

Pursuant to 28 U.S.C. §2679 and 42 U.S.C. §233, defendants Clinicas Del Camino Real and Dr. Shadi Khatib, (hereinafter "Federal Defendants") hereby

- 1 -

remove the above-entitled action from the Superior Court of the State of California for the County of Ventura, to the United States District Court for the Central District of California, and in furtherance of this removal respectfully state as follows:

1. On or about February 23, 2017, plaintiffs filed a complaint entitled <u>Jessika Valenzuela and Eduardo Ramirez Jr., v. City of Ventura, American Medical Response, Inc., Clinicas Del Camino Real, Inc., Dr. Shadi Khatib, Dr. Bilal Harake, M.D., FAAP, FACC, University of California UCLA, Board of Regents, and Does 1 to 25</u>, in the Superior Court for the State of California, County of Ventura. Case No. 56-2017-00493194-CU-PO-VTA. The complaint appears to allege a cause of action against the Federal Defendants sounding in tort.

2. At the time of the incidents alleged, Federal Defendant Dr. Shadi Khatib, was an employee of Federal Defendant Clinicas Del Camino Real, a public or nonprofit private entity receiving federal funds under Sections 254b, 254c, 256 and/or 256a of the Public Health Services Act. As such, Federal Defendants Dr. Shadi Khatib and Clinicas Del Camino Real are deemed to be employees of the Public Health Service at the time of the incidents alleged pursuant to the Federally Supported Health Centers Assistance Act of 1992, 42 U.S.C. § 233. Federal Defendants Dr. Shadi Khatib and Clinicas Del Camino Real, as Public Health Service employees, at the time of the incidents alleged, were acting within the course and scope of their employment as medical providers pursuant to 42 U.S.C. §233 and 28 U.S.C. §2679. Actions for alleged negligent acts or omissions of Federal employees come within the provisions of the Federal Tort Claims Act. 28 U.S.C. §§1346(b), 2671 <u>et seq.</u>

3. Copies of the summons and complaint as obtained by the United States Attorney's Office are attached hereto as Exhibit A.

4. This action is one which must be removed to this Court pursuant to 28 U.S.C. §2679 and 42 U.S.C. §233 for the reason that this Court has original

jurisdiction over civil actions for money damages for injury allegedly caused by the negligence of any employee of the United States which purportedly occurred in the course and scope of employment.  28 U.S.C. §§1346(b), 2671 et seq.

5.  Attached hereto as Exhibit B is the Certification executed by the Chief of the Civil Division, United States Attorney's Office for the Central District of California attesting to the foregoing pursuant to the requirements of 42 U.S.C. §233.

6.  Removal is timely under 28 U.S.C. §2679 and 42 U.S.C. §233(c) in that trial in this matter has not yet commenced.

WHEREFORE, the Federal Defendants remove the action now pending in the Superior Court for the State of California, County of Ventura, Case No. 56-2017-00493194-CU-PO-VTA, to the United States District Court for the Central District of California and pray that such action stand so removed.

Dated:  April 2, 2018                            Respectfully submitted,

NICOLA T. HANNA  
United States Attorney  
DOROTHY A. SCHOUTEN  
Assistant United States Attorney  
Chief, Civil Division  
ROBYN-MARIE LYON MONTELEONE  
Assistant United States Attorney  
Chief, General Civil Section

   */s/ Joanne S. Osinoff*   
JOANNE S. OSINOFF  
Assistant United States Attorney  
Attorneys for Federal Defendants